36 So.3d 800 (2010)
Roxana SCOTT, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-3224.
District Court of Appeal of Florida, Fifth District.
May 25, 2010.
James S. Purdy, Public Defender, and Kathryn Rollison Radtke, Assistant Public Defender, Daytona Beach, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See § 948.06(8), Fla. Stat. (2007); Fla. R.Crim. P. 3.790(b)(3).
MONACO, C.J., LAWSON and COHEN, JJ., concur.